UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William Martin Woodson

      v.                         11-cv-191-JL

John F. Duffy

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Exhibits 15, 16, 17, 18, 19, 20 and 21 in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibits 15, 16, 17, 18, 19, 20 and 21. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibits 15, 16, 17, 18, 19, 20 and 21, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

                                    /s/ Daniel J. Lynch
                                    Daniel J. Lynch
                                    United States Magistrate Judge

Date: April 20 , 2011

cc:    William Martin Woodson