UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

William Woodson

    v.                                 Civ. No. 11-cv-191-JL

John F. Duffy, et al.

### O R D E R

Before the Court is Defendants' motion to dismiss (doc. no. 5). In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty is designated to review and consider the motion. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

**SO ORDERED.**

                                              /s/ Joseph N. Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Date:    August 15, 2011

cc:      William Martin Woodson, pro se
          Nancy J. Smith, Esq.